U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

JUL 28 2005

**FILED**

Sean O'Donnell

v.                                                Civil No. 04-cv-175-JM

Jean McCausland, LLC et al.

O R D E R

Plaintiff's Emergency Motion to Inspect and Photograph the Shafmaster Dock at Newington, New Hampshire is allowed. The requested inspection shall be conducted on or before August 10, 2005.

SO ORDERED.

James R. Muirhead
United States Magistrate Judge

Date: July 28, 2005

1. Whether prior inspections have been done is beside the point where, as here, photographs for trial purposes are desired and the discovery period is still open.