UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Sean O'Donnell</u>

        v.                        Case No. 04-cv-175-PB

<u>Jean McCausland, et al.</u>


ORDER OF DISMISSAL

    In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

    SO ORDERED.

March  5, 2007                                    /s/ Paul Barbadoro
                                                                   Paul Barbadoro
                                                                   United States District Judge


cc:    Counsel of Record